IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 06-719-5 |
| JOSEPH WILLIAMS | : | |

### ORDER

**AND NOW**, this **7th** day of **May**, **2009**, upon consideration of Defendant Joseph Williams' Motion to Sever Pursuant to Rule 14, Motion to Compel the Government to Provide Reasonable Notice of Rule 404(b) Evidence, and Motion for Government Agents to Retain Rough Notes, the Government's response thereto, and for the reasons in this Court's May 7, 2009 opinion, it is hereby **ORDERED** that:

1. Williams' motion to sever (Document No. 191) is **DENIED**.

2. Williams' motion to compel (Document No. 192) is **GRANTED as uncontested**.

3. Williams' motion for the retention of rough notes (Document No. 193) is **GRANTED as uncontested**.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**